Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 0 2 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

___CIVIL_____ Division

| | |
|---|---|
| VINCENT ALONZO TUCKER | Case No. **1 19-CV-0001** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ✓ Yes  ☐ No |
| -v- | |
| IMMEDIATE CREDIT RECOVERY<br>KAKO MIRES<br>ALDRIKA BOYLE | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

     Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VINCENT ALONZO TUCKER |
| Street Address | 2012 JOSEPH E BOONE BLVD NW |
| City and County | ATLANTA - FULTON |
| State and Zip Code | GEORGIA 30144 |
| Telephone Number | 404 790-6082 |
| E-mail Address | |

   **B.  The Defendant(s)**

     Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | KAKO MIRES |
| Job or Title *(if known)* | TRAINING MANAGER |
| Street Address | 3330 Chastain Meadows Pkwy NW #100 |
| City and County | KENNESAW - COBB |
| State and Zip Code | GEORGIA 30144 |
| Telephone Number | 866 401-7190 |
| E-mail Address *(if known)* | Kako.Mires@icrcollect.com |

Defendant No. 2

| | |
|---|---|
| Name | ALDRIKA BOYLE |
| Job or Title *(if known)* | HUMAN RESOURCES |
| Street Address | 3330 Chastain Meadows Pkwy NW #100 |
| City and County | KENNESAW - COBB |
| State and Zip Code | GEORGIA 30144 |
| Telephone Number | 866 401-7190 |
| E-mail Address *(if known)* | Aldrika.Boyle@icrcollect.com |

Defendant No. 3

| | |
|---|---|
| Name | IMMEDIATE CREDIT RECOVERY |
| Job or Title *(if known)* | HUMAN RESOURCES MANAGER |
| Street Address | 3330 CHASTAIN MEADOWS PKWY NW #100 |
| City and County | KENNESAW - COBB |
| State and Zip Code | GEORGIA 30144 |
| Telephone Number | 866 401-7180 |
| E-mail Address *(if known)* | WENDY.BIANCO@icrcollect.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Defamatory per se statements are inherently harmful.
THERE HAS BEEN A VIOLATION OF THE UNITED STATES CONSTITUTION - FALSE STATEMENTS HAVE BEEN MADE THAT HAS HARMED MY REPUTATION & CHARACTER DUE TO A MENTAL ILLNESS MY EMPLOYER WAS AWARE OF AND CHARACTER - 28 U.S CODE 4101 - Code § 51-5-4. THE UNDERLINE DECISION - SUPREME COURT FEDERAL VOCATIONAL ACT OF 1973 DISCRIMINATION AGAINST A PERSON BASED ON ASSOCIATION WITH A SPECIFIC GROUP

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 12/18, 12/19 emails, texts, witness statements and recorded calls that untrue statements were made by Kako Mires to my colleagues & emails were sent to management by Aldrika Boyle that were harmful to my character & reputation by accusing me of making threats. It was stated by Kako Mires that it prevented me from being promoted to a training position because Aldrika Boyle was aware of my mental illness and thought I would not be good for the position. Aldrika Boyle slandered my name by telling employees that I threaten her after she yelled and hung up on me after me asking for copies of what I signed in my employee file. Kako Mires asked my collegue if I had a gun because they both believed that I would come back and shoot up the place. They called the police on me & put the office on lock down and everyone in the office knew it was for me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THIS HAS CAUSED ME TO CONTIPLATE SUICIDE- I CONSTANTLY SEEK MEDICAL SERVICES FOR MENTAL ILLNESS & PANIC ATTACKS - I AM UNABLE TO SEEK OTHER EMPLOYMENT DUE TO HOSPILIZATION AND THEM GIVING BAD EMPLOYMENT VERIFICATIONS. THIS HAS CAUSED ME MENTAL ANGUISH AND HAS COMPLETELY REUINED MY REPUTATION.  DISCLOSURE EMAILS WERE SENT TO 3RD PARTIES WITHOUT MY PERMISSION. LOSS OF WAGES BECAUSE I WAS NOT ABLE TO COMPLETE MY 3 WEEK NOTICE BECAUSE OF THIS SO I AM SEEKING $50,000.00 THAT I FEEL THAT I AM ENTITLED TOO AT MINIMUM.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/2/19

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Vincent Alonzo Tucker
2012 Joseph E Boone Blvd NW
Atlanta, GA 30314
(404) 790-6082

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____